|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 | **UNITED STATES DISTRICT COURT** |
| 9 | **FOR THE EASTERN DISTRICT OF WASHINGTON** |

| | | |
|---|---|---|
| 10 | SAVAGE LAND, LLC, a Washington | ) |
| 11 | limited liability company, | ) **NO. CV-12-625-LRS** |
| 12 | | ) |
| 13 | Plaintiff, | ) **ORDER OF DISMISSAL WITH** |
| 14 | | ) **PREJUDICE** |
| 15 | vs. | ) |
| 16 | | ) |
| 17 | SPOKANE COUNTY WATER | ) |
| 18 | DISTRICT NO. 3, a Washington | ) |
| 19 | municipal corporation, | ) |
| 20 | Defendant. | ) |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 34). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without an award of costs or attorney's fees to either party. Fed. R. Civ.P. 41(a)(1)(A)(ii).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

**ORDER OF DISMISSAL WITH PREJUDICE: 1**

Pursuant to the parties' Stipulation for Dismissal (ECF No. 34), all claims and cause of action in this matter, including counterclaims, are DISMISSED WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY'S FEES TO ANY PARTY.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, forward this order to the Washington Supreme Court and **CLOSE** the file.

DONE IN COURT THIS 25th of June, 2013.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
United States District Court Judge

**ORDER OF DISMISSAL WITH PREJUDICE: 2**